WILLIAM R. URGA, ESQ.
Nevada Bar No. 1195
wru@juww.com
MICHAEL R. ERNST, ESQ.
Nevada Bar No. 11957
mre@juww.com
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Parkway, Suite 1600
Las Vegas, Nevada 89169
(702) 699-7500 Telephone
(702) 699-7555 Facsimile
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OVERSEAS PRIVATE INVESTMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CASAMAR MANUFACTURING USA, INC.; MARIA LUZ MARIGOMEN;<br><br>Defendants. | Case No. 2:15-cv-00059-GMN-NJK<br><br><br><br>**JUDGMENT** |

Pursuant to the Stipulation of the parties and upon the affidavits of Michael R. Ernst, Esq., and Jeffrey Constantz, it appearing that Defendants Casamar Manufacturing USA, Inc. and Maria Luz Marigomen (collectively, "Defendants"), and each of them, are indebted to Plaintiff, Overseas Private Investment Corporation ("OPIC), in the sum of U.S. $922,644.51, and that the amount of the debt is just and owing at this time, and by virtue of the fact that Defendants, and each of them, as set forth in their Confession and Stipulation to Entry of Judgment, have consented to this entry of a judgment against them, and each of them, for the amount set forth herein, and good cause appearing, it is hereby:

ORDERED, ADJUDGED AND DECREED that OPIC is entitled to and is hereby granted judgment against Defendants in the sum of U.S. $922,644.51, together with interest at the rate of U.S. $209.55 per day until the judgment is paid in full.

**DATED** this 27th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Submitted by:

JOLLEY URGA WOODBURY & LITTLE

By: _____
WILLIAM R. URGA, ESQ.
Nevada Bar No. 1195
MICHAEL R. ERNST, ESQ.
Nevada Bar No. 11957
3800 Howard Hughes Pkwy., Suite 1600
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*